UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ALFRED MIRANDA,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN DELAFOISSE,<br><br>    Respondent. | 4:25-CV-04205-KES<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION IN FULL AND GRANTING RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner, Alfred Miranda, filed a habeas petition pursuant to 28 U.S.C. § 2241. Docket 1. The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and the District of South Dakota's Civil Local Rule of Practice 72.1.A.2(b), which designate to the magistrate judge the duty to prepare proposed findings and recommendations for the disposition of habeas petitions. Respondent moves to dismiss Miranda's § 2241 petition for lack of subject-matter jurisdiction. Docket 6. Magistrate Judge Veronica L. Duffy issued a report recommending that respondent's motion to dismiss be granted and that Miranda's § 2241 petition be dismissed without prejudice. Docket 9 at 3. The time for objecting to the report and recommendation has passed. *Id.* No objections have been filed in this case. The court has considered the case de novo and adopts the report and recommendation in full.

Thus, it is ORDERED:

1. That Magistrate Judge Duffy's report and recommendation (Docket 9) is adopted in full.

2. That respondent's motion to dismiss (Docket 6) is granted.

3. That Miranda's petition under 28 U.S.C. § 2241 (Docket 1) is dismissed without prejudice.

DATED February 10, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE